# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1085
LT Case No. 2022-CP-003002

———————————————

MELISSA MCGLASHAN,

    Appellant,

    v.

CHELSEA SCHIFFBAUER, as
PERSONAL REPRESENTATIVE of
the ESTATE of BRUCE EDWIN
LANFORD, JR., and LENNYN
ANNETTE RICHARDSON and KANE
HAMMOND,

    Appellees.

———————————————

On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Allison E. Folds, A. Derek Folds, and Danielle C. Adams, of Folds Walker, LLC., Gainesville, for Appellant.

Teresa N. Phillips, of ForsterBoughman, Maitland, for Appellee Chelsea Schiffbauer.

No Appearance for Remaining Appellees.

May 7, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____